DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SCOTT DOMINICK MAGUIRE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3828

[March 26, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Rothschild, Judge; L.T. Case No. 061986CF019165A88810.

George Reres of ReresLaw, LLC, Fort Lauderdale, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH and LOTT, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***